| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/12/2021 |

FRESH BREAD DELIVERY, LLC,
SANDRA BELL, and OSCAR TURNER,

          Plaintiffs,

    v.

GOLD MEDAL BAKERY ROUTE
DISTRIBUTION, LLC,

          Defendant.

No. 19-CV-514 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 4, 2019, on the consent of the parties, the Court granted Defendant's motion to compel arbitration and stayed the case pending resolution of the arbitration. Dkt. 10.

    No later than October 26, 2021, the parties shall file a joint letter updating the Court on the status of this case, including whether it can now be closed.

SO ORDERED.

Dated:    October 12, 2021
             New York, New York

                                  Ronnie Abrams
                                  United States District Judge